UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

LAWRENCE PHIL RICKARD,            Case No.: 3:11-bk-02635-PMG

       Debtor.                            Chapter 13
_____/

**RESPONSE OF THE BOARD OF TRUMBULL TOWNSHIP TRUSTEES TO
THE DEBTOR'S MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

The Board of Trumbull Township Trustees (the "Board"), by and through its undersigned counsel, hereby files its response to the Debtor's Motion for Payment of Unclaimed Funds (Doc. 83) (the "Motion") and states as follows:

1. On April 12, 2011 (the "Petition Date"), Lawrence Phil Rickard (the "Debtor") filed a bankruptcy petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"). On April 12, 2011, Douglas W. Neway (the "Trustee") was appointed as the Chapter 13 Trustee.

2. In July 2008, the Board commenced an action against the Debtor and others in the Court of Common Pleas of Ashtabula County, Ohio, Case No. 2008 CV 0925 (the "State Court Action").

3. On May 17, 2011, the Board filed its Motion for Relief from the Automatic Stay (Doc. 11) and its Motion to Dismiss Chapter 13 Case With Prejudice or Alternatively, to Transfer Venue to Northern District of Ohio (Doc. 12).

4. On June 22, 2011, the Court entered its Order Granting Motion of The Board of Trumbull Township Trustees for Relief from the Automatic Stay (Doc. 32).

{24392936;1}

5. On August 16, 2011, the Court entered its Order Granting The Board of Trumbull Township Trustees' Motion to Dismiss Chapter 13 Case With Prejudice (Doc. 73).

6. On January 20, 2012, the Trustee filed his Report of Standing Trustee (Doc. 78) indicating a check in the amount of $19,500.00 (the "Funds") intended for the Debtor had been forwarded to the Clerk of Court.

7. On June 11, 2012, the Debtor filed the Motion.

8. As of the date of this Response, the litigation in the State Court Action continues.

9. Depending on the outcome of the State Court Action, the Board may have a claim to the Funds. Furthermore, the Internal Revenue Service may also have a claim to the Funds.

10. Additionally, it does not appear that the Debtor properly served the Motion.

11. The Board believes a hearing is appropriate to determine entitlement to the Funds due to the numerous potential stakeholders.

WHEREFORE, The Board of Trumbull Township Trustees respectfully requests that the Court set an evidentiary hearing on the Motion after sixty (60) days to determine who is entitled to the Funds and for such further and other relief as this Court deems just and proper.

Dated: June 18, 2012.

AKERMAN SENTERFITT

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No.: 0170038
Email: jacob.brown@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Attorneys for The Board of Trumbull Township Trustees

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic notification or United States mail this 18th day of June, 2012, to:

Lawrence Phil Rickard
P.O. Box 376
Rock Creek, OH 44084

Richard A. Perry, Esq.
Richard A. Perry, Attorney at Law
820 S E Fort King Street
Ocala, FL 34471

Douglas W. Neway, Chapter 13 Trustee
P.O. Box 4308
Jacksonville, FL 32201

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Laura A. Price, Esq.
Office of Chief Counsel, IRS
400 W. Bay Street, Suite 240
Jacksonville, FL 32202

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

and all parties on the attached mailing matrix.

/s/ Jacob A. Brown
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-02635-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Jun 18 11:59:53 EDT 2012 | BAC Home Loans Servicing, L.P.<br>Robertson, Anschutz & Schneid, PL<br>c/o Maurice Hinton, Esq.<br>3010 Military Trail<br>Suite 300<br>Boca Raton, FL 33431-6393 | BANK OF AMERICA, N. A.<br>Law Offices Of Daniel C Consuegra<br>Steve D. Tran<br>9204 King Palm Dr.<br>Tampa, Fl 33619-8331 |
| CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle,, WA 98111-9221 | Geauga Savings Bank<br>c/o Damian A. Valladares, Esq.<br>Weltman, Weinberg, and Reis, Co., LPA<br>500 West Cypress Creek Road, Suite 190<br>Fort Lauderdale, FL 33309-6127 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lawrence Phil Rickard<br>P.O. Box 376<br>Rock Creek, OH 44084-0376 | The Bank of New York Mellon<br>Law Offices of Marshall C. Watson, PA<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 | The Board of Trumbull Township Trustees<br>c/o Jacob A. Brown, Esq.<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202-3659 |
| BAC Home Loan Services<br>450 American Street<br>Simi Valley, CA 93065-6285 | BAC Home Loans Servicing<br>Bankruptcy Department<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | BAC Home Loans Servicing<br>P.O. Box 650070<br>Dallas, TX 75265-0070 |
| Bank of America<br>Bankruptcy Department<br>P.O. Box 26012<br>Greensboro, NC 27420-6012 | Bank of America<br>P.O. Box 1598<br>Norfolk, VA 23501-1598 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 |
| Chase<br>Bankruptcy Department<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Citi Bank (South Dakota) N.A<br>701 E. 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citi Bank (South Dakota) N.A<br>P.O. Box 20507<br>Kansas City, MO 64195-0507 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | Discover<br>Bankruptcy Department<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | First Horizons Home Loan<br>4000 Horizon Way<br>Irving, TX 75063-2260 | First Horizons Home Loans<br>Bankruptcy Department<br>P.O. Box 1469<br>Knoxville, TN 37901-1469 |

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

GMAC Mortgage
P.O. Box 780
Waterloo, IA 50704-0780

GMAC Mortgage LLC
1100 Virginia Drive
Fort Washington, PA 19034-3204


Geauga Savings Bank
10800 Kinsman Road
Newbury, OH 44065-9744

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

JP Morgan Chase
Legal Department
P.O. Box 9622
Deerfield Beach, FL 33442-9622


Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030

Ohio Department
of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Patrick Rickard
1119 Forest Street
Niles, OH 44446-3628


SunTrust Bank
1 East Jefferson Street
Brooksville, FL 34601-2622

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23285-5092

SunTrust Bank
Bankruptcy Department
P.O. Box 85041
Richmond, VA 23285-5041


SunTrust Bank
Consumer Loan Payments
P.O. Box 791144
Baltimore, MD 21279-1144

Tax Collector, Citrus County
210 N. Apopka Ave Ste 100
Inverness, FL 34450-4249

The Board of Trumbull Township Trustees
Attn.: Ron M. Tamburrino
2443 State Road 534
Geneva, OH 44041-7670


Thrasher, Dinsmore & Dolan
100 Seventh Ave., Suite 150
Chardon, OH 44024-1079

Trumbull Township
2443 State Route 534
Geneva, OH 44041-7670

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204


eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262

Richard A. Perry +
Richard A Perry, Attorney at Law
820 S E Fort King Street
Ocala, FL 34471-2320

Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659


Scott R Weiss +
Law Office of Marshall C. Watson, P.A.
1800 NW 49th Street, Ste 120
Ft. Lauderdale, FL 33309-3092

Damian A Valladares +
Weltman, Weingberg & Reis Co., L.P.A.
550 West Cypress Creek Road, Ste 550
Ft. Lauderdale, FL 33309-6174

Maurice D Hinton +
Robertson Anschutz & Schneid, PL
3010 N. Military Trail, Ste. 300
Boca Raton, FL 33431-6393


Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

Laura A Price +
Office of Chief Counsel, IRS
400 W. Bay Street, Suite 240
Jacksonville, FL 32202-4410

Steve Dinh Tran +
Law Offices of Daniel C Consuegra, PL
9204 King Palm Drive
Tampa, FL 33619-1328


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Small Business/Self Employed
400 W Bay Street, Ste 240
Jacksonville, FL 32202

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)CR Evergreen II, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients   56
Bypassed recipients    3
Total                 59