**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

LAWRENCE PHIL RICKARD,               Case No.: 3:11-bk-02635-PMG

              Debtor.                              Chapter 13

_____/

**NOTICE OF WITHDRAWAL OF THE BOARD OF TRUMBULL TOWNSHIP TRUSTEES' (I) RESPONSE TO THE DEBTOR'S MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 84) AND (II) LIMITED RESPONSE TO THE DEBTOR'S AMENDED MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 86)**

The Board of Trumbull Township Trustees (the "Board"), by and through its undersigned counsel, hereby gives notice of withdrawal of the Board's (i) Response to the Debtor's Motion for Payment of Unclaimed Funds (Doc. 84) as filed with the Court on June 18, 2012 and (ii) Limited Response to the Debtor's Amended Motion for Payment of Unclaimed Funds (Doc. 86) as filed with the Court on June 26, 2012 in the above captioned matter, based upon the Judgment Entry (the "Judgment") entered on February 18, 2014 in the case styled *Board of Trumbull Township Trustees, et al. v. Lawrence Rickard, et al.*; In the Court of Common Pleas, Ashtabula County, Ohio; Case No.: 2008 CV 0925.  A true and correct copy of the Judgment is attached hereto as **Exhibit A**.   The Judgment provides in pertinent part the following:

> **Mr. Rickard is ordered to file with the Clerk of the United State Bankruptcy Court for the Middle District of Florida in Case 11-BK-02635 a written request that the Clerk pay over the entire $19,500 on deposit therein to the Clerk of this Court in the event the Bankruptcy Court enters an ordering authorizing its Clerk to distribute those funds to Mr. Rickard.**

Based upon the Judgment, the Board does not believe that a further hearing on the Motion for Payment of Unclaimed Funds (Doc. 84) is required and that the hearing on April 10, 2014 at 3

{28392282;1}

p.m. should be cancelled.  Rather, Mr. Rickard should proceed to comply with his obligations

under the attached Judgment.

Dated: March 31, 2014.                              AKERMAN LLP


                                                    By: */s/ Jacob A. Brown*
                                                        Jacob A. Brown
                                                        Florida Bar No.: 0170038
                                                        Email: jacob.brown@akerman.com
                                                        50 North Laura Street, Suite 3100
                                                        Jacksonville, FL 32202
                                                        Telephone:  (904) 798-3700
                                                        Facsimile:  (904) 798-3730

                                                        Attorneys for The Board of Trumbull Township
                                                        Trustees


## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by
electronic notification or United States mail this 31st day of March, 2014, to:

| | |
|---|---|
| Lawrence Phil Rickard | Richard A. Perry, Esq. |
| P.O. Box 376 | Richard A. Perry, Attorney at Law |
| Rock Creek, OH 44084 | 820 S E Fort King Street |
| | Ocala, FL 34471 |
| | |
| Douglas W. Neway, Chapter 13 Trustee | Laura A. Price, Esq. |
| P.O. Box 4308 | Office of Chief Counsel, IRS |
| Jacksonville, FL 32201 | 400 W. Bay Street, Suite 240 |
| | Jacksonville, FL 32202 |
| | |
| Internal Revenue Service | United States Trustee - JAX 13/7 |
| Centralized Insolvency Operations | Office of the United States Trustee |
| P.O. Box 7346 | George C. Young Federal Building |
| Philadelphia, PA 19101-7346 | 400 West Washington Street, Suite 1100 |
| | Orlando, FL 32801 |


                                                        */s/ Jacob A. Brown*
                                                        Attorney

COPY

IN THE COURT OF COMMON PLEAS
ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| BOARD OF TRUMBULL TOWNSHIP TRUSTEES, et al. | ) | CASE NO.: 2008 CV 0925 |
| | ) | |
| | ) | JUDGE RONALD W. VETTEL |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| LAWRENCE RICKARD, et al. | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| MIKE DEWINE ATTORNEY GENERAL OF OHIO | ) | |
| | ) | |
| Defendant-Cross-Claimant | ) | |
| vs. | ) | |
| | ) | |
| LAWRENCE RICKARD, et al. | ) | |
| | ) | |
| Cross-claim Defendants | ) | |

FILED
2014 FEB 18 P 2: 18
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

This matter came before the Court on Monday, February 10, 2014, on Plaintiff's Motion for Preliminary Injunction. Upon motion and for good cause shown, the Court finds the Plaintiff Board of Trumbull Township Trustees' Motion for Preliminary Injunction is well taken and grants the Motion in part. Appropriate notice was afforded Lawrence Rickard. Mr. Rickard did not appear or file a written request for a continuance. Prior to this hearing, Mr. Rickard called the court and indicated he received notice but would not be in attendance. He stated he is in Florida and is currently without an attorney in this matter.

The Court took testimony and considered evidence presented. On that evidence, the Court determined there is a substantial likelihood Plaintiff will succeed on the merits, Plaintiff will sustain irreparable harm if the preliminary injunction is not granted, no third parties will be

1 of 3

e29

001536

**Exhibit A**

unjustifiably harmed if the preliminary injunction is granted, and the public interest will be served by the granting of a preliminary injunction.

IT IS HEREBY ORDERED that the Temporary Restraining Order granted on January 21, 2014 is converted to a preliminary injunction. Lawrence Rickard is enjoined and restrained from accepting, and from transferring, disposing of, or diverting to any third party any portion of the $19,500.00 currently on deposit with the United States Bankruptcy Court for the Middle District of Florida in Case No. 11-Bk-02635 until this Court has issued rulings on all pending motions or until further order of this Court.

Mr. Rickard is ordered to file with the Clerk of the United States Bankruptcy Court for the Middle District of Florida in Case No. 11-Bk-02635 a written request that the Clerk pay over the entire $19,500.00 on deposit therein to the Clerk of this Court in the event the Bankruptcy Court enters an order authorizing its Clerk to distribute those funds to Mr. Rickard. On or before February 20, 2014, Mr. Rickard shall file in this case and serve copies on all counsel of record his Notice of Filing attaching a copy of the foregoing written request and certifying he has complied with this order by filing the request with the Bankruptcy Clerk. Upon receipt of these funds by the Clerk of this Court, the funds will be held on deposit until this Court has issued rulings on all pending motions or until further order of this Court.

The Motion for Preliminary Injuntion is continued as to the matters of (1) the proceeds from the sale of real property that is the subject of the foreclosure action filed in the Lake County Court of Common Pleas, Lake County Treasurer v. Parcels of Land Encumbered (Unionville Tavern, LLC) and Unionville Tavern, LLC, Case No. 13 CF 002531; and (2) the proceeds derived from the 2014 Great Lakes Medieval Faire.

2 of 3

001537

**Exhibit A**

**SO ORDERED.**

*[signature]*

JUDGE RONALD W. VETTEL

The Clerk is directed to serve a copy of the Judgment and its date of entry upon Catherine R. Colgan, Assistant Prosecutor; and, by US Mail, upon the following:

Lawrence Rickard
PO Box 376
Rock Creek, Ohio 44084

Lawrence Rickard
1555 Wallace Pt.
Crystal River, Florida 34419

Sandra J. Rosenthal, Esq.
600 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113

Dionne DeNunzio, Esq.
Ohio Attorney General's Office
Charitable Law Section
150 East Gay Street, 23rd Floor
Columbus, Ohio 43215-3130
Attorneys for Defendant and Cross-claimant
Ohio Attorney General Mike Dewine

The State of Ohio,
Ashtabula County, ss
I, hereby certify that the foregoing is a true copy of the instrument on file in my office.

ATTEST: Tami Pentek
Clerk of Courts
Ashtabula County, Ohio

BY *[signature]*
Deputy Clerk

3 of 3

001538

**Exhibit A**