UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case 3:11-bk-02635-PMG

Lawrence Phil Rickard,  Chapter 13

    Debtor.

_____

RESPONSE BY DEBTOR TO NOTICE OF WITHDRAWAL OF THE BOARD OF TRUMBULL TOWNSHIP TRUSTEES' RESPONSE TO THE DEBTOR'S MOTION FOR PAYMENT OF UNCLAIMED FUNDS AND LIMITED RESPONSE TO THE DEBTOR'S AMENDED MOTION FOR PAYMENT OF UNCLAIMED FUNDS

    Debtor, Lawrence Phil Rickard, files this document in response to the Notice of Withdrawal of the Board of Trumbull Township Trustees' Response to the Debtor's Motion for Payment of Unclaimed Funds and Limited Response to the Debtor's Amended Motion for Payment of Unclaimed Funds [Doc #113] (the "Response").

    1. The Debtor agrees with the statements set forth in the Response and consents to entry of an order consistent with the provisions of the judgment cited therein.

    2. The Debtor specifically requests that the Clerk of this Court pay over the $19,500 on deposit to the Clerk of the Court specified in the judgment.

    3. The Debtor consents to entry of an order consistent with the above.

CERTIFICATE OF SERVICE

    I CERTIFY that a copy of the foregoing has been served by U.S. Mail, first class, postage prepaid or by electronic notice using Case Management/Electronic Case Filing ("CM/ECF") provided by the Clerk of the United States Bankruptcy Court for the Middle District of Florida, on April 9, 2014 : CHAPTER 13 TRUSTEE | DOUGLAS W. NEWAY || PO BOX 4308 | JACKSONVILLE, FL 32201 ||| JACOB A. BROWN | AKERMAN LLP || 50 NORTH LAURA ST |STE 3100 | JACKSONVILLE, FLORIDA 32202-3659.

By: **/s/ Richard A. Perry**
RICHARD A. PERRY,
Florida Bar Number 394520
820 East Fort King Street
Ocala, Florida 34471-2320
(352) 732-2299
richardperry@richard-a-perry.com
Attorney for Debtor